UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff,        v. MICHAEL A. BARQUET,    Defendant. | CASE NO. CR25-037 RSM DETENTION ORDER |

<u>Offense charged</u>:    Possessing Contraband in Prison; Assaulting Federal Officers

<u>Date of Detention Hearing</u>:    March 20, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has also been charged in CR24-184 RSM, a related case, and is in custody pursuant to a Detention Order entered in that matter.   He does not contest detention.

DETENTION ORDER
PAGE -1

2.	Defendant poses a risk of nonappearance based on a history of noncompliance with supervision including failing to report. Defendant poses a risk of danger based on the nature of the instant offense, his criminal history, and history of committing new law violations while on supervision and in custody.

3.	There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 20th day of March, 2025.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -2