Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ANTHONY BARQUET,<br><br>Defendant. | NO. CR25-00037-RSM<br><br>ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS FILING DATE |

THE COURT having considered the stipulated motion for continuance of the trial date pretrial motions filing date, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date is extended from May 19, 2025 to October 14, 2025. Pretrial motions shall be filed by September 4, 2025.

ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE

LAW OFFICE OF TIMOTHY R. LOHRAFF
5005 51st Avenue S.
Seattle, WA 98118
(206) 940-6523
Lohrafflaw@gmail.com

IT IS FURTHER ORDERED THAT the time period between May 2, 2025 and the new trial date is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE this 5th day of May, 2025.

_____
DISTRICT JUDGE RICARDO S. MARTINEZ

Presented by:

*s/Timothy R. Lohraff*
Bar No. 32145
Attorney for Michael Barquet
5005 51st Avenue S.
Seattle, WA  98118
206/940-6523
Lohrafflaw@gmail.com

*s/Vince Lombardi*
Assistant United States Attorney
U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
206/553-7970
Vince.Lombardi@usdoj.gov

ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE

LAW OFFICE OF TIMOTHY R. LOHRAFF
5005 51st Avenue S.
Seattle, WA 98118
(206) 940-6523
Lohrafflaw@gmail.com